The Honorable Rosemary Gambardella
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Courtroom 3E
Newark, NJ 07102

Re: Case Number: 16-22585 (RG)
Answer to opposition of Application for Compensation

Dear Judge Gambardella,

As per your request, we are sending you our answer as to why we are opposing Jonathan Stone's application for compensation. We are attaching the email that was sent to us on August 11, 2016 from his office after a phone conference that we had with him in which he stated he would not be seeking compensation. He sent us the email confirming that fact.
We were unaware, at that time, that he had sent you the letter dated August 10, 2016, also attached, otherwise we would have prepared our answer prior to the court date on September 7, 2016 as to why we were opposed to his compensation fee motion.

Thank you for your time

Sincerely


Brian Jay Finigan                          Tracy Ann Finigan

From: **Keith** keith@jonstonelaw.com
Subject: Follow Up to Telephone Conference With Jonathan
Date: August 11, 2016 at 11:36 AM
To: finigan2466@gmail.com

Brian and Tracy:

This email is to confirm Jonathan has no intention to pursue the collection of fees listed in the Application for Compensation filed August 4, 2016.

Regards,

Keith J. Guarneri
Paralegal
Jonathan Stone, ESQ
490 Schooley's Mountain Road - 3A
Hackettstown, NJ 07840
w: (908) 979-9919
f: (908) 979-9920

Mission Statement: We strive to make your experience as worry free as possible, while treating you in a dignified, courteous, and respectful manner. By consistently working together in a caring, secure, and trusting relationship, our team endeavors to exceed your expectations.

Bankruptcy Notice: We are a federally designated debt relief agent, proudly helping people file for relief under the Bankruptcy Code.

Circular 230 Disclaimer: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or tax-related matter(s) addressed herein.

This message and any attachment is confidential, intended only for the person(s) named above, and may also be privileged. Any use, distribution, copying or disclosure by any other person is strictly prohibited. If you are not the intended recipient, please notify us immediately by e-mail and delete the original message.

| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |

**Jonathan Stone, Esquire**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
jonstonelaw@gmail.com
Attorney for Debtors

In re:

**Brian Jay Finigan and
Tracy Ann Finigan,**

              **Debtors.**

Case No.: 16–22585 (RG)

Chapter 13

Hearing Date: September 7, 2016 at 10:30am

Judge: Rosemary Gambardella

## CERTIFICATION OF SERVICE

1. I, Jonathan Stone:

   ☒ represent the Debtors in the above–captioned matter.

   ☐ am the secretary/paralegal for _____, who represents the _____ in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On 10 August 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Opposition to Motion to Withdraw and Application for Compensation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 10, 2016

/s/Jonathan Stone
Signature

Case 16-22585-RG Doc 16 Filed 08/10/16 Entered 08/10/16 12:03:52 Desc Main
Document Page 1 of 1



# Jonathan Stone
## ATTORNEY AT LAW
### CERTIFIED PUBLIC ACCOUNTANT

August 10, 2016

**Via CM/ECF**

The Honorable Rosemary Gambardella
United States Bankruptcy Court
Martin Luther King, Jr. Federal Building
50 Walnut Street, Courtroom 3E
Newark, New Jersey 07102

Re: In re Brian and Tracy Finigan
Case number: 16–22585 (RG)
**Opposition to Motion to Withdraw and Application for Compensation**

Dear Judge Gambardella:

Thank you for your courtesies.

Mr. and Mrs. Finigan sent an email whereby they oppose my Motion to Withdraw as well as my Application for Compensation. My office requested permission to forward their email back to me so that their reasons can be brought to Your Honor's attention.

While they responded back stating that it is my office that lacks communication with them and went into a litany of grievances with my office and with me.

And yet I cannot get their consent to raise their concerns to Your Honor.

That said, in the interest of preserving the integrity of the Court, I am filing this letter as their Opposition to my Motion to Withdraw and to my Application for Compensation.

Respectfully submitted,

*[signature]*

Jonathan Stone, Esquire

cc: Mr. and Mrs. Finigan – via ordinary mail

Hastings Commons • 490 Schooley's Mountain Road - Bldg. 3A • Hackettstown, NJ 07840
(908)979-9919 • Fax: (908)979-9920 • E-mail: jon@jonstonelaw.com